UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X    15-CV-6838 (ILG)(ST)

RICHARD VERGARA and STEPHANIE ORTIZ,

                      Plaintiff(s),

          -against-    **STIPULATED SUBSTITUTION OF COUNSEL**

JOHN USKE; "JOHN and JANE DOE 1-10",
Individually and in their official capacities (the names
"John Doe" being fictitious, as the true names are
presently unknown),
                      Defendant(s).
----------------------------------------------------------------X

       **IT IS HEREBY CONSENTED THAT** Christopher H. Fitzgerald, Esq., located at 233 Broadway, Suite 2348, New York, New York 10279, *be substituted as attorney of record for the undersigned party in the above entitled action in place and stead of the undersigned attorneys as of the date hereof.*

       **PLEASE TAKE FURTHER NOTICE** that all further pleadings, correspondence and communications are to be directed to Christopher H. Fitzgerald, Esq. as of this date forward.

       For purposes of this stipulation, faxed copies or scanned emails of the signatures shall be deemed originals.

DATED:    New York, New York
               May 6, 2016

_____          _____
Christopher H. Fitzgerald          London Indusi LLP
233 Broadway, Suite 2348          186 Joralemon Street, Suite 1202
New York, NY 10279          Brooklyn, NY 11201
(212)226-2275          (718)301-4593
Incoming Attorney          Outgoing Attorneys

_Richard Vergara_
Richard Vergara, *Plaintiff*

_Stephanie Ortiz_
Stephanie Ortiz, *Plaintiff*

SIGNED AND SWORN before me on this 31st day of May, 2016

_Dennis P. Ryan_
NOTARY PUBLIC

[Notary Seal: DENNIS P. RYAN, NOTARY, NO. 02RY6310180, QUALIFIED IN QUEENS COUNTY, COMM. EXP. 08/08/2018, STATE OF NEW YORK]

**IT IS SO ORDERED:**

DATED:
    Brooklyn, NY
    _____, 2016

_____
Steven L. Tiscione
United States Magistrate Judge